# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 25-CR-10005 |
| MAROL M. AGUIAR RODRIGUEZ, and LEANDRO M. BORDONES VILLEGAS, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The Agreed Motion for Turnover Order is GRANTED, and the Federal Bureau of Investigation is authorized to deposit seized funds in the amount of $657 with the Clerk of the Court for the Central District of Illinois for application towards the defendants' restitution obligations as noted in the government's motion.

Dated: September 17, 2025

s/ Jonathan E. Hawley
JONATHAN E. HAWLEY
UNITED STATES DISTRICT JUDGE